IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS (WORCESTER)

| | |
|---|---|
| MICHAELA GAGNE, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> STALLION EXPRESS, LLC, <br><br> Defendant. | ) CASE NO. 4:22-CV-40008 <br> ) <br> ) JUDGE TIMOTHY S. HILLMAN <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**MOTION TO DISMISS COLLECTIVE AND CLASS ACTION COMPLAINT AND COMPEL ARBITRATION, OR IN THE ALTERNATIVE MOTION TO STAY PROCEEDINGS PENDING ARBITRATION**

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendant Stallion Express, LLC ("Defendant"), respectfully moves the Court for an Order dismissing Plaintiff's Collective and Class Action Complaint in favor of arbitration, or in the alternative to stay proceedings pending arbitration. In the course of entering contractual engagements to provide services to Defendant, Plaintiff signed an agreement which included (a) her agreement to arbitrate any controversies or disputes; and (b) her agreement that any such claims would be brought as individual actions and not class or collective actions. This Court, therefore, does not have jurisdiction over Plaintiff's claims, and the Complaint fails to state a claim upon which relief may be granted.

The reasons for this Motion are more fully set forth in the attached Memorandum in Support and exhibits (incorporated herein).

Respectfully submitted,

*/s/ Andrew Bartholomew*
Andrew C. Bartholomew (BBO# 696573)
BOWDITCH & DEWEY, LLP
311 Main St.
Worcester, MA 01608
Telephone:  508.926.3404
Email:  abartholomew@bowditch.com

Joseph N. Gross (Ohio Bar# 0056241)
Email: jgross@beneschlaw.com
Jordan J. Call (Ohio Bar# 0096040)
Email: jcall@beneschlaw.com
BENESCH, FRIEDLANDER, COPLAN &
  ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone:  216.363.4500
Facsimile:  216.363.4588
(*pro hac vice* forthcoming)

*Counsel for Defendant Stallion Express, LLC*

## LOCAL RULE 7.1 CERTIFICATION

I, Andrew C. Bartholomew, counsel of record for Defendant Stallion Express, LLC, certify that on February 15, 2022 and February 17, 2022, I, along with Co-Counsel for Defendant for whom *pro hac vice* applications are forthcoming, conferred with Adam J. Shafran, Counsel for the Plaintiff, in a good faith attempt to resolve or narrow the issues presented in this motion and supporting memorandum.  Plaintiff's Counsel indicated that Plaintiff intended to oppose the motion.

*/s/ Andrew Bartholomew*

## CERTIFICATE OF SERVICE

I certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and PDF copies will be sent to those indicated as non-registered participants on February 22, 2022.

*/s/ Andrew C. Bartholomew*
Andrew C. Bartholomew