UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS


Gagne,
            Plaintiff,

                                              CIVIL ACTION
       v.                                     NO. 22-40008-TSH

Stallion Express,
            Defendant,


                         ORDER OF DISMISSAL

HILLMAN, D.J.


       In accordance with the Court's approval of the Report and Recommendations issued on 9/26/22, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.


                                       By the Court,


     9/26/22                           /s/ Martin Castles
      Date                             Deputy Clerk
                                       508-929-9904